UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRAVIS JAY JANSEN,

        Plaintiff,                    Civil Action No. 25-cv-13333

v.                                         Judge Matthew F. Leitman

MOORE, et al.,

        Defendants.
_____/

**ORDER OF DISMISSAL**

        Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution.  A mediation conference was held, and a settlement was placed on the record.  Accordingly,

        IT IS ORDERED that this action is dismissed with prejudice.  This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

        IT IS FURTHER ORDERED that the remainder of the filing fee, owed by the above-named plaintiff in this case, shall not be collected.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  January 28, 2026